# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

## Charlottesville Division

| | |
|---|---|
| DENA BOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00041 |
| | ) |
| NAT SCURRY, and | ) |
| LUCINDA CHILDS-WHITE | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION
## FOR ENTRY OF JUDGMENT

Defendants, Nat Scurry and Lucinda Childs-White, by counsel, pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure and based on Plaintiff's Stipulation [Docket No. 104], respectfully move this Court for entry of Final Judgment in favor of Defendants on the remaining claim in this case.

For the reasons stated in Plaintiff's Stipulation [Docket No. 104], Defendants certify that this Motion is unopposed and therefore no supporting brief is being filed.

Date: March 22, 2007

Respectfully submitted,

**NAT SCURRY, and
LUCINDA CHILDS-WHITE**

By:   /s/ Barry T. Meek_____
            Counsel

Richard C. Kast      (VSB No. 13381)
Margaret A. Browne   (VSB No. 34897)
Barry T. Meek        (VSB No. 41715)

Associates General Counsel and
       Special Assistant Attorneys General
Office of the General Counsel
Madison Hall
University of Virginia
P.O. Box 400225
Charlottesville, Virginia 22904-4225
(434) 924-3586

## CERTIFICATE

I hereby certify that on the 22nd day of March 2007 a true copy of the foregoing Defendants' Unopposed Motion for Entry of Judgment was served via CM/ECF electronic means on counsel for the Plaintiff, Deborah C. Wyatt, Esquire, Wyatt & Associates, 300 Court Square, Charlottesville, Virginia 22902, and Neal L. Walters, Esquire, Scott Kroner PLC, 418 East Water Street, Charlottesville, Virginia 22902.

                                    /s/ Barry T. Meek_____