IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for C'ville
APR 0 2 2007
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

| | |
|---|---|
| DENA BOWERS,<br><br>*Plaintiff,*<br><br>v.<br><br>NAT SCURRY AND<br>LUCINDA CHILDS-WHITE,<br><br>*Defendants* | CIVIL NO. 3:06cv00041<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' Unopposed Motion for Entry of Judgment, filed on March 22, 2007 (docket entry no. 105). Because Plaintiff has stipulated to waive the only remaining issue in the case—whether she had an opportunity to be heard before she was fired—final judgment shall be, and hereby is, ENTERED in favor of Defendants.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: *[signature]*
United States District Judge

*April 2, 2007*
Date